## Neyens *v.* Port, Appellant (No. 3).

OPINION BY PORTER, J., April 17, 1911:

This record presents no question which has not been considered in the opinion this day filed, in the case between the same parties, at the appeal, ante, p. 428, and for the reasons there stated the specifications of error are sustained.

The judgment is reversed and the record is remitted to the court below with direction to enter judgment in favor of the defendant non obstante veredicto.